UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL SALAS,<br><br>                              Plaintiff,<br><br>v.<br><br>UNIVERSAL CREDIT SERVICES, LLC, GTPD ENTERPRISES, INC., PRIORITY DOCUMENTS, EC LENDING, LLC, NEIL BILLOCK, AND DOES 1-10<br><br>                              Defendants. | Case No.:  17cv2352-JLS(BLM)<br><br>**ORDER CONFIRMING SETTLEMENT AND SETTING DEADLINE TO FILE JOINT MOTION FOR DISMISSAL** |

An Early Neutral Evaluation Conference was held on January 6, 2020, during which the case settled.  ECF No. 41.  Because the case has settled, all pending dates before Magistrate Judge Major are hereby vacated.  Any matters currently scheduled before the district judge shall remain in effect pending notice from that court.

The parties are ordered to file their joint motion for dismissal of this case, signed by counsel of record and any unrepresented parties, no later than **February 11, 2020**.  A proposed order on the joint motion for dismissal must be e-mailed to the district judge's chambers[1] on the same day.  If the signed joint motion for dismissal is timely filed, the parties

---

[1] The proposed order shall be e-mailed pursuant to section 2(h) of the United States District

and attorneys are not required to make any further appearances before Judge Major.

If the fully executed joint motion for dismissal is not filed by **February 11, 2020**, then all counsel of record and unrepresented parties are required to appear in person for a Settlement Disposition Conference. The Settlement Disposition Conference will be held on **February 18, 2020** at **9:30 a.m.** in **Courtroom 3A**.

If counsel of record or any unrepresented party fails to appear at the Settlement Disposition Conference, or the parties fail to file the signed joint motion for dismissal in a timely manner, the Court will issue an order to show cause why sanctions should not be imposed for failing to comply with this Order.

**IT IS SO ORDERED**.

Dated: 1/7/2020

Hon. Barbara L. Major
United States Magistrate Judge

---

Court for the Southern District of California's Electronic Case Filing Administrative Policies and Procedures Manual, available at www.casd.uscourts.gov.