UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL SALAS,<br><br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>UNIVERSAL CREDIT SERVICES, LLC; GTPD ENTERPRISES, INC.; PRIORITY DOCUMENTS; EC LENDING, LLC; NEIL BILLOCK; and DOES 1-10,<br><br>　　　　　　　　　Defendants. | Case No.: 17-CV-2352 JLS (BLM)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE**<br><br>(ECF No. 44) |

Presently before the Court is the Parties' Joint Motion to Dismiss With Prejudice (ECF No. 44). Good cause appearing, the Court **GRANTS** the Joint Motion and **DISMISSES WITH PREJUDICE** this action in its entirety. As stipulated by the Parties, each side will bear its own attorneys' fees and costs. The Clerk of Court shall close the file.

**IT IS SO ORDERED.**

Dated: February 12, 2020

　　　　　　　　　　　　　　　　　*Janis L. Sammartino*
　　　　　　　　　　　　　　　　　Hon. Janis L. Sammartino
　　　　　　　　　　　　　　　　　United States District Judge

1